■ ELIZABETH A. COSTANZA, Respondent, v ANDREW A. COSTANZA, Appellant. (Appeal No. 3.) [608 NYS2d 132] —Order insofar as appealed from unanimously reversed on the law without costs and motion denied. Same Memorandum as in Costanza v Costanza ([appeal No. 2] 199 AD2d 988 [decided herewith]). (Appeal from Order of Supreme Court, Ontario County, Harvey, J.—Attorney's Fees.) Present—Green, J. P., Balio, Fallon and Davis, JJ.